1   MICHAEL COHEN, Attorney at Law - 98066
    1126½ Delaware
2   Berkeley, CA 94702
    510/559-8707
3   Fax:510/525-9615
    mikecohen@sprintmail.com
4
    Andrew J. Christensen (SBN: 260748)
5   LAW OFFICES OF ANDREW J. CHRISTENSEN, P.C.
    1970 Broadway, Suite 550
6   Oakland, CA 94612
    Tel: (510) 761-7183
7   Fax: (510) 680-3430
    Andrew@CaliforniaHomeLawyer.com
8
    Attorneys for Plaintiff,
9

10                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11                      OAKLAND DIVISION

12  Mark Wilson,                            )
                                            )
13           Plaintiff,                     )
                                            )   Case Number: 4:20-cv-00479-YGR
14      vs.                                 )
                                            )   **ORDER DISMISSING ACTION WITH**
15  Quality Loan Service Corporation; J. P. )   **PREJUDICE ACCORDING TO JOINT**
    Morgan Chase Bank, N.A., and All Persons)   **STIPULATION, AND RETAINING**
16  Unknown, claiming any legal or equitable )  **JURISDICTION TO ENFORCE, AND**
    right, title, estate, lien, or interest in the )  **RESOLVE DISPUTES UNDER,**
17  property described in the complaint      )   **SETTLEMENT AGREEMENT**
    adverse to Plaintiff's title thereto; and )
18  DOES 1-100                              )

19           Defendants.

20

21

22          Pursuant to the Joint Stipulation filed by the Parties Plaintiff Mark Wilson and

23  Defendant JPMorgan Chase Bank, and pursuant to  Federal Rule of Civil Procedure

24  41(a)(1)(A)(ii), the Court Orders that this action be dismissed with prejudice pursuant to

25  the terms of the Parties' Settlement Agreement reached and placed on the record on May

26  27, 2020, at a settlement conference before Magistrate Judge Laurel Beeler, and the terms

27                                        1

28

1   of which settlement are entered on the record as Docket Number 46 herein.

2       The dismissal is with prejudice as to all claims between the parties, and applies to

3   Defendant Quality Loan Service Corporation, pursuant to California Civil Code 2924l(d),

4   with each party bearing that party's own attorney's fees and costs.

5       Pursuant to Rule 41 and the Parties' Settlement Agreement, it is hereby ordered that

6   the Court shall retain jurisdiction to enforce the terms of, and resolve all disputes, including

7   without limitation legal issues, relating to, the Settlement Agreement.  See *Kokkonen v.*

8   *Guardian Life Ins. Co*., 511 U.S. 375, 381–82 (1994).

9       In the event of a dispute relating to the Settlement Agreement, the parties agree to

10  submit the matter to Magistrate Judge Laurel Beeler.  In the event Judge Beeler is not

11  available or no longer on the bench, the matter shall be submitted to the Judge assigned to

12  this case.

13      The Settlement Agreement entered as docket number 46 herein is hereby

14  incorporated by reference into this Court's order of dismissal.

15  DATED: September 30 , 2020

16

17  _____

18  Honorable Yvonne Gonzalez Rogers

19

20

21

22

23

24

25

26

27                                          2

28  _____
    Order Dismissing Action, and Retaining Jurisdiction